IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS MORE SOCIETY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 09 CV 329 |
| | ) | |
| v. | ) | District Judge Leinenweber |
| | ) | Magistrate Judge Keys |
| DENISE MACKURA, | ) | |
| | ) | |
| Defendant. | ) | |

STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by stipulation of the parties, plaintiff hereby

dismisses its Amended Complaint against the defendant with prejudice. There is no prevailing

party, and each party is to bear its own attorneys fees and costs.


AGREED:

THOMAS MORE SOCIETY                    DENISE MACKURA


____/s/ *Robert G. Pluta*_____          ____/s/ *Denise Mackura*_____
Robert G. Pluta                          Denise Mackura
Brinks Hofer Gilson & Lione              1338 Avondale Road
NBC Tower – Suite 3600                   South Euclid, OH 44121
455 N Cityfront Plaza Drive
Chicago, IL 60611-5599                   *Appearing pro se*


*Attorney for plaintiff*